## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FOUNDATION FOR ELDERCARE**, *Plaintiff,* v. **MONEY ONE FEDERAL CREDIT UNION**, *Defendant.* | Case No. 2:18-cv-05059-JDW |

### ORDER

**AND NOW**, this 23rd day of December, 2020, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Motion for Summary Judgment of Defendant Money One Federal Credit Union (ECF No. 36) is **GRANTED** as to Counts II and III of the Complaint and **DENIED** as to Count I of the Complaint; and

2. The Foundation For Eldercare's Motion for Partial Summary Judgment (ECF No. 37) is **GRANTED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge